**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| JANA SMITH,<br><br>Plaintiff,<br><br>v.<br><br>MARK DOWNEY, CHARLES OLSEN, ARIELL HARTWELL, and SHERMAN SMITH,<br><br>Defendants. | Case No. 3:21-cv-00454-JR<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION IN FULL** |

**IMMERGUT, District Judge.**

On September 28, 2026, Magistrate Judge Russo issued her Findings and Recommendation ("F&R"), ECF 244, recommending that this Court grant Plaintiff's Motion for Entry of Default Judgment, ECF 241, and enter default judgment against defendants Charles Olsen and Sherman Smith as to liability only. This Court adopts in full Magistrate Judge Russo's F&R.

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C).

This Court ADOPTS Magistrate Judge Russo's F&R, ECF 244, and GRANTS Plaintiff's Motion for Entry of Default Judgment, ECF 241. This Court ENTERS default judgment against Defendants Olsen and Smith as to liability only.

**IT IS SO ORDERED**.

DATED this 29th day of September, 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge